SCAN only

David L. Goldin, [SBN 0044226]
**LAW OFFICE OF DAVID L. GOLDIN**
401 West A Street, Suite 2200
San Diego, CA 92101
(619) 235-6344
(619) 236-7474

Attorney for Plaintiff/Judgment Creditor
WESTERN SECURITY BANK

FILED
CLERK, U.S. DISTRICT COURT
FEB 18 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**ORIGINAL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN SECURITY BANK, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH A. QUATROCKY, and DOES 1 through 100, inclusive, <br><br> Defendants. <br><br> In re: Joseph A. Quatrocky <br><br> United States Bankruptcy Court <br> Eastern District of Kentucky <br> Case No. 03-54200 | Case No: 8: MC 05-3 <br><br> REQUEST FOR REGISTRATION OF BANKRUPTCY COURT JUDGMENT RENDERED IN ANOTHER DISTRICT [28 U.S.C 1963] |

DOCKETED ON CM
MAR - 8 2005
BY ___ 040

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

You are hereby requested to promptly register in your district pursuant to Title 28, Section 1963 of the United States Code, a judgment rendered and entered in a bankruptcy action, Case No. 03-54200, by the United States Bankruptcy Court for the Eastern District of Kentucky, Lexington Division, on September 30, 2004 in favor of plaintiff and judgment creditor Western Security Bank and against defendant Joseph A. Quatrocky. The judgment is for the recovery of



1  money as shown in the attached certified copy of the judgment. The judgment is a final
2  judgment in that no appeal was ever taken from the judgment and the time to appeal has expired.
3      In support of this request, it is shown that the judgment is valid and subsisting under the
4  law of the State of Kentucky, where it was rendered, in accordance with Kentucky Revised
5  Statues section 413.090 in that less than fifteen (15) years have elapsed since the judgment was
6  rendered.
7      You are requested to notify the undersigned attorney for plaintiff and judgment creditor
8  Western Security Bank at the address set out below as soon as the registration is effected in order
9  that enforcement of the judgment in your district may be expedited.

11  February 8, 2005                              **LAW OFFICES OF DAVID L. GOLDIN**

13                                               By:  *David Goldin*
14                                               David L. Goldin
                                                 Attorney for Plaintiff/Judgment Creditor
                                                 Western Security Bank

16                                               401 West A Street, Suite 2200
                                                 San Diego, Ca 92101

REQUEST TO REGISTER JUDGMENT FROM
ANOTHER DISTRICT COURT
2

UNITED STATES BANKRUPTCY COURT FOR
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

JOSEPH A. QUATROCKY

DEBTORS                                          CASE NO. 03-54200


WESTERN SECURITY BANK                            PLAINTIFF

VS.                                              ADV. NO. 04-5458


JOSEPH A. QUATROCKY                              DEFENDANT


**JUDGMENT**

Consistent with the Memorandum Opinion entered on August 31, 2004,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment filed in this adversary proceeding on July 15, 2004 by Western Security Bank is sustained. Specifically, Western Security Bank shall be and hereby is granted judgment against Joseph A. Quatrocky in the amount of (a) $108,000.00, plus (b) $7,213.25 in attorney's fees and expenses, plus (c) prejudgment interest and late fees in the amount of $37,459.90, plus (d) the costs of this proceeding. This judgment shall bear interest after entry at the rate prescribed by 28 U.S.C. § 1961(a). IT IS FURTHER ORDERED that the indebtedness evidenced by this judgment is determined to be nondischargeable in bankruptcy.

This is a final judgment.

1

A TRUE AND CERTIFIED COPY
THIS 2-10 20 05
BY Alise Feck
DEPUTY CLERK U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

Copies to:

Matthew B. Bunch, Esq.
Joseph A. Quatrocky (538 Chinoe, Lexington KY 40502)
Joseph A. Quatrocky (4700 East Main, Mesa AZ 85205)

2

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Thursday, September 30, 2004**
**(wsh)**